UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNIFER LUU,

                Plaintiff,

-v-

BLUESTAR ALLIANCE LLC,

                Defendant.

22 Civ. 7094 (KPF)

ORDER OF SERVICE

---

KATHERINE POLK FAILLA, District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant Bluestar Alliance LLC. Plaintiff is directed to serve the summons and amended complaint and exhibits (Dkt. #5) on Defendant within 90 days of the issuance of the summons. If, within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. *See Meilleur* v. *Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

SO ORDERED.

Dated: October 13, 2022
        New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge