UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2023
```

JENNIFER LUU,

                Plaintiff,

-v.-

BLUESTAR ALLIANCE LLC,

                Defendant.

22 Civ. 7094 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On February 22, 2023, Plaintiff Jennifer Luu, proceeding *pro se*, moved to dismiss her own case. ECF No. 12. The Court construes Plaintiff's motion as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case has been dismissed without prejudice. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: March 14, 2023
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge