Application denied. This case was dismissed. It was closed on March 24, 2023.

Plaintiff should be aware that, because the action was dismissed without prejudice, Plaintiff is not prohibited from bringing a new lawsuit.

The Clerk of Court is directed to terminate ECF Nos. 14 and 15.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: February 5, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

JENNIFER LUU,

    Plaintiff,

-against-

BLUESTAR ALLIANCE LLC

    Defendant.

----------------------------------------------------

**MOTION TO REOPEN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2025

Many egregious acts of retaliation have been committed against myself and my family. They have attempted murder through multiple formats:

The CEO had a Jeep rammed into the back of our family vehicle while I was pregnant on 9.26.2022

When I purchased a vehicle, it immediately began having issues

    a. Car screen bounced uncontrollably as I was driving in an attempt to cause another accident
    b. One week after another, we would get nails in our tires, two separate vehicles (one even got 7 nails in it)
    c. One afternoon when I was alone at home with the baby, there was a seismic BOOM. The garage had been entered into and the tension cord had been cut.
    d. Both front tires were overinflated by 7 psi in an attempt to cause another accident

The COO is a persistent stalker and predator.
    a. I paid $100,000 for a country club membership but the payment kept getting rejected and redirected
    b. I was bombarded with numerous text messages week after week that I was unable to block because the phone numbers kept changing beginning in February 2022 in a phishing campaign
    c. I was made to believe that he wanted to purchase a property for myself and that I had no option but to continue looking or accept or else I/we would face further harassment

There have been many threats of death, imprisonment and retaliation for taking any course of action. The disability caused me such emotional turmoil, I felt compelled to withdraw.

                                                                                      /s/Jennifer Luu

6293 Amberwoods Dr

646 450 5011

JLuu1029@gmail.com